UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**LINDSEY NICKEL-DE LA O,**

    **Plaintiff,**

v.                                                          Case No: 8:17-cv-3057-MSS-TGW

**SAKS FIFTH AVENUE, LLC, a Massachusettes limited liability company,**

    **Defendant.**

_____

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Upon review of the Plaintiff's Notice of Voluntary Dismissal, (Dkt. 14) and pursuant to Fed.R.Civ.P. 41(a)(1), it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE.** The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE and ORDERED** at Tampa, Florida this 11th day of January, 2018.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party